# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00649-CV

### In re Betty Robinett and Donald Hall

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### O R D E R

**PER CURIAM**

Relators Betty Robinett and Donald Hall have filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.1, 52.10(a). On the Court's own initiative, we temporarily stay the December 3, 2021 order appointing temporary administrator pending further order of this Court. *See id*. 52.10(b). The temporary stay is limited only to that order, and the trial court may still undertake other actions in the underlying proceeding, including but not limited to any pending motion to reconsider. The Court orders the real parties in interest to file a response to the petition for writ of mandamus on or before January 3, 2022.

It is ordered on December 22, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly